UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jul 29, 2019
SEAN F. McAVOY, CLERK

SEAN M. DRIVER, a single person,

    Plaintiff,

v.

SPOKANE COUNTY; JOHN MCGRATH, Jail Director; and JOHN DOE,

    Defendants.

No. 2:19-cv-00107-SMJ

**ORDER DISMISSING PLAINTIFF'S FEDERAL CLAIMS AND REMANDING CASE TO STATE COURT**

Before the Court, without oral argument, is Plaintiff Sean M. Driver's Notice of Dismissal of Federal Claims and Motion to Remove Case to State Court, ECF No. 9. Defendants Spokane County and John McGrath have not responded to the motion within fourteen days of filing. *See* LCivR 7(c)(2)(B)(i), (e). Further, Defendants have not served an answer or summary judgment motion. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, **IT IS HEREBY ORDERED**:

    **1.**    Plaintiff's Notice of Dismissal of Federal Claims and Motion to Remove Case to State Court, **ECF No. 9**, is **GRANTED**.

    **2.**    All federal claims are **DISMISSED WITHOUT PREJUDICE**.

3. All remaining claims are **REMANDED** to the Spokane County Superior Court, case number 19-2-01012-32.

4. All parties shall bear their own costs and attorneys' fees, unless a subsequent court rules otherwise.

5. All pending motions are **DENIED AS MOOT**.

6. All hearings and other deadlines are **STRICKEN**.

7. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 29th day of July 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING PLAINTIFF'S FEDERAL CLAIMS AND REMANDING CASE TO STATE COURT **-** 2